Brent H. Blakely (SBN 157292)
bblakely@blakelylawgroup.com
Cindy Chan (SBN 247495)
cchan@blakelylawgroup.com
BLAKELY LAW GROUP
915 North Citrus Avenue
Hollywood, California 90038
Telephone: (323) 464-7400
Facsimile: (323) 464-7410

*Attorneys for Plaintiff*
*Coach Services, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| COACH SERVICES, INC., a Maryland Corporation, | CASE NO. CV 09-6036 JL |
|---|---|
| Plaintiff, | [PROPOSED] **ORDER RE EXTENSION OF TIME FOR DEFENDANT CALIFORNIA SMILES TO RESPOND TO COMPLAINT AND CONTINUANCE OF CASE MANAGEMENT CONFERENCE** |
| vs. | |
| CALIFORNIA SMILES, an unknown business entity, | |
| Defendants. | |

IT IS HEREBY ORDERED THAT Defendant California Smiles shall have up to and including **April 10, 2010** to file and serve an Answer to the Complaint.

IT IS FURTHER ORDERED THAT the Case Management Conference and all other Rule 26 deadlines be extended as follows:

| | **Current Date** | **Proposed Date** |
|---|---|---|
| Last Day to Meet and Confer re Discovery Plan | March 17, 2010 | April 7, 2010 |
| Last Day to File Rule 26 Report | March 31, 2010 | April 21, 2010 |
| Initial Case Management Conference | April 7, 2010 | April 28, 2010 |

DATED: March 18, 2010

_James Larson_
Honorable James Larson
**United States Magistrate Judge**

1

[PROPOSED] ORDER RE EXTENSION OF TIME FOR DEFENDANT CALIFORNIA SMILES TO RESPOND TO COMPLAINT AND CONTINUANCE OF CASE MANAGEMENT CONFERENCE