1  Brent H. Blakely (SBN 157292)
   bblakely@blakelylawgroup.com
2  Cindy Chan (SBN 247495)
   cchan@blakelylawgroup.com
3  BLAKELY LAW GROUP
   915 North Citrus Avenue
4  Hollywood, California 90038
   Telephone: (323) 464-7400
5  Facsimile: (323) 464-7410

6  *Attorneys for Plaintiff
   Coach Services, Inc.*
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 COACH SERVICES, INC., a Maryland ) CASE NO. CV 09-6036 JL
   Corporation,                     )
12                                  ) STIPULATION TO CONTINUE
                         Plaintiff, ) CASE MANAGEMENT
13          vs.                     ) CONFERENCE
                                    )
14 CALIFORNIA SMILES, an unknown    )
   business entity,                 )
15                                  )
                                    )
16                      Defendants. )
                                    )
17

WHEREAS Plaintiff Coach Services, Inc. filed the Complaint in this matter on December 28, 2009.

WHEREAS Plaintiff served the Summons and Complaint on Defendant California Smiles by substituted service on January 21, 2010. The Summons and Complaint were thereafter mailed to Defendant on February 9, 2010 pursuant to the California Rules of Civil Procedure. Defendant's time to file an answer or other responsive pleading was thereafter due on or before March 12, 2010.

WHEREAS this Court issued an order on December 28, 2009 setting the Initial Case Management Conference for April 7, 2010.

WHEREAS Rosenquest & Associates has only recently been retained by Defendant California Smiles and is currently involved in a lengthy trial in San Francisco Superior Court and requires additional time to prepare a response and to prepare for the Case Management Conference and Rule 26 deadlines.

WHEREAS all other Defendants in this matter on whom Plaintiff has been able to effectuate service are currently in default, with the exception of Defendant Sandy Hui Xuan Wen, with whom Plaintiff has reached a settlement.

WHEREAS the parties have stipulated to, and this Court has approved, an extension of time for Defendant California Smiles to file an Answer or responsive pleading up to and including April 10, 2010.

WHEREAS the parties have stipulated to, and this Court has approved, a continuance of the Case Management Conference and all other Rule 26 deadlines as follows:

|  | **Current Date** | **Proposed Date** |
| --- | --- | --- |
| Last Day to Meet and Confer re Discovery Plan | March 17, 2010 | April 7, 2010 |
| Last Day to File Rule 26 Report | March 31, 2010 | April 21, 2010 |
| Initial Case Management Conference | April 7, 2010 | April 28, 2010 |

WHEREAS the last day to meet and confer re a discovery plan precedes the date on which Defendant California Smiles is required to file a responsive pleading, and the parties are not able to engage in a meaningful Rule 26 meeting until a responsive pleading is filed.

WHEREAS the parties have been engaged in meaningful settlement discussions.

IT IS HEREBY STIPULATED by and between Plaintiff Coach Services, Inc. and Defendant California Smiles, subject to this Court's approval, that the Case Management Conference and all other Rule 26 deadlines be extended as follows:

|  | Current Date | Proposed Date |
| --- | --- | --- |
| Last Day to Meet and Confer re Discovery Plan | April 7, 2010 | April 29, 2010 |
| Last Day to File Rule 26 Report | April 21, 2010 | May 13, 2010 |
| Initial Case Management Conference | April 28, 2010 | ~~May 20, 2010~~ June 2, 2010 |

DATED: April 13, 2010    BLAKELY LAW GROUP

By: _____
Brent H. Blakely
Cindy Chan
*Attorneys for Plaintiff*
*Coach Services, Inc.*

DATED: April 12, 2010    ROSENQUEST & ASSOCIATES

By: _____
Nils Rosenquest
Susan Bush
*Attorneys for Defendant*
*California Smiles*

April 14, 2010

IT IS SO ORDERED
Judge James Larson

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE