| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | Brent H. Blakely (SBN 157292)<br>bblakely@blakelylawgroup.com<br>Cindy Chan (SBN 247495)<br>cchan@blakelylawgroup.com<br>BLAKELY LAW GROUP<br>915 North Citrus Avenue<br>Hollywood, California 90038<br>Telephone: (323) 464-7400<br>Facsimile: (323) 464-7410 |
| 6<br>7 | *Attorneys for Plaintiff*<br>*Coach Services, Inc.* |

**IT IS SO ORDERED**
*Judge James Larson*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COACH SERVICES, INC., a Maryland Corporation,<br><br>                          Plaintiff,<br>        vs.<br><br>CALIFORNIA SMILES, an unknown business entity; C & K GIFTS, an unknown business entity; XIU JING YE a/k/a CRYSTAL YE, an individual; JING CHEN, an individual dba GOOD FASHION ZOO; FERNANDO VISEV, an individual dba LA BELLA BOUTIQUE; SANDY HUI XUAN WEN, an individual; ZHAO YUE ZHEN, an unknown business entity; LIN SHELLEY XUE HUA, an individual; NEW CWK GIFT SHOP, INC., a California Corporation; DE LI CHEN a/k/a SIMON CHEN, an individual; and DOES 1-10, inclusive,<br><br>                          Defendants. | CASE NO. CV 09-6036 JL<br><br>**NOTICE OF SETTLEMENT** |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

　　　　PLEASE TAKE NOTICE THAT Plaintiff Coach Services, Inc. and Defendant California Smiles have reached a settlement to the above-referenced action.  The parties expect to finalize the settlement and file a Stipulation to Dismissal within thirty

1
**NOTICE OF SETTLEMENT**

1  (30) days, and request that the Initial Case Management Conference, currently
2  scheduled for June 2, 2010 be vacated.
3    The clerk has entered default as to the remaining Defendants:  C & K Gifts,
4  Xiu Jing Ye a/k/a Crystal Ye, Jing Chen, an individual dba Good Fashion Zoo;
5  Fernando Visev, an individual dba La Bella Boutique, and Lin Shelley Xue Hua [See
6  Dockets No. 20 and 23].  Plaintiff has been unable to serve the following Defendants:
7  Zhao Yue Zhen, New CWK Gift Shop, De Li Chen a/k/a Simon Chen, and consent to
8  their dismissal without prejudice.

10  DATED: June 1, 2010    BLAKELY LAW GROUP

12              By: /s/ Cindy Chan_____
              Brent H. Blakely
              Cindy Chan
              *Attorneys for Plaintiff*
              *Coach Services, Inc.*